| | | | | | |
|---|---|---|---|---|---|
| 15-464 | State v. Erikssen | Affirmed | 7/13/16 | Frank. Crim. & Civ. | 151/343 |
| 16-029 | Jackson v. Town of West Haven | Affirmed | 7/13/16 | Rut. Civ. | 151/343 |
| 16-031 | Cornish v. Town of Brookline | Affirmed | 7/13/16 | PVR | 151/343 |
| 16-060 | In re Engisch-Klein | Dismissed | 7/13/16 | HSB | 151/343 |
| 16-076 | In re C.W. | Affirmed | 7/13/16 | Add. Fam. | 151/343 |
| 16-083 | In re J.M. | Affirmed | 7/13/16 | Cal. Fam. | 151/343 |
| 16-102 | In re K.N. | Affirmed | 7/13/16 | Cal. Fam. | 151/343 |
| 16-213 | Couture v. Pallito | Denied | 7/13/16 | Orig. Juris. | 151/343 |
| 16-026 | Fenter v. Brown | Stricken; affirmed | 7/14/16 | Windsor Fam. | 151/343 |
| 16-216 | Powell v. Powell | Denied | 7/15/16 | Orig. Juris. | 151/343 |
| 14-270 | McGee v. Gonyo | Reargument denied | 7/21/16 | Chit. Fam. | 151/343 |
| 16-096 | In re O.C. | Remanded | 7/25/16 | Frank. Fam. | 151/343 |
| 16-235 | In re C.C. | Dismissed | 8/5/16 | Orig. Juris. | 151/343 |
| 16-264 | Kent v. R.L. Valee, Inc. | Denied | 8/17/16 | Orig. Juris. | 151/343 |
| 16-285 | Harrington v. O'Neil | Denied | 8/17/16 | Chit. Civ. | 151/343 |
| 16-263 | OCS/George v. Adams | Dismissed | 8/18/16 | Chit. Fam. | 151/343 |
| 15-384 | Wool v. Cavett | Affirmed | 8/19/16 | Chit. Civ. | 151/343 |
| 16-038 | Hobson v. Hobson | Reversed | 8/19/16 | Wash. Fam. | 151/343 |
| 16-042 | Bindrum v. American Home Assurance Co. | Affirmed | 8/19/16 | Windsor Civ. | 151/343 |
| 16-046 | Unleaded Software, Inc. v. TNF Gear, Inc. | Affirmed | 8/19/16 | Chit. Civ. | 151/343 |
| 16-056 | Riendeau v. DOL | Affirmed | 8/19/16 | ESB | 151/344 |
| 16-102 | In re D.I. | Affirmed | 8/19/16 | Cal. Fam. | 151/344 |
| 16-108 | In re C.R. | Affirmed | 8/19/16 | Wash. Fam. | 151/344 |
| 16-114 | In re J.Y. | Affirmed | 8/19/16 | Windham Fam. | 151/344 |
| 16-132 | In re C.D. | Affirmed | 8/19/16 | Chit. Fam. | 151/344 |
| 16-250 | Bank of New York Mellon v. Quinn | Denied | 8/19/16 | Orig. Juris. | 151/344 |
| 16-255 | Bandler v. Cohen Rosenthal & Kramer LLP | Dismissed | 8/19/16 | Windsor Civ. | 151/344 |
| 16-285 | Harrington v. O'Neil | Reconsideration denied | 8/19/16 | Chit. Fam. | 151/344 |